UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SEAN KOH and KOHERENT, INC.,

        Plaintiffs,

        v.

BONWOONG (BRIAN) KOO, Individually and as
an Officer of MAUM HOLDINGS, INC. and MAUM
CAPITAL GROUP, INC., MAUM HOLDINGS, INC.,
and MAUM CAPITAL GROUP, INC.,

        Defendants.
----------------------------------------------------------------x

**ORDER TO SHOW CAUSE**

      Upon the Affidavit of Sean Koh sworn to on the 20th day of July, 2022, and upon the copy of the Complaint hereto attached, it is ORDERED that the above-named Defendants show cause before this Court, at Room _____, United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601, on _____ at __ o'clock in the ____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure issuing a temporary restraining order directing: (1) defendant BONWOONG (BRIAN) KOO to cease from contacting all individuals introduced to him by plaintiff SEAN KOH since they began working together in 2020; and (2) halting the business operations of defendants BONWOONG (BRIAN) KOO, MAUM CAPITAL GROUP, INC. and MAUM HOLDINGS, INC. before defendant BONWOONG (BRIAN) KOO destroys any material evidence, continues to violate the Mutual Non-Disclosure and Non-Circumvention Agreement signed between himself and plaintiff KOHERENT, INC. in May 2020, and commits any additional actions that may imperil and compromise the as-yet unascertained full value of both the back compensation owed to plaintiff

SEAN KOH and his various interests in defendants MAUM CAPITAL GROUP, INC. and MAUM HOLDINGS, INC. and it is further ORDERED, that sufficient reason having been shown, therefore, pending the hearing of plaintiffs SEAN KOH and KOHERENT, INC.'s application for a temporary restraining order, pursuant to Rule 65 (b) of the Federal Rules of Civil Procedure, defendants BONWOONG (BRIAN) KOO, MAUM CAPITAL GROUP, INC. and MAUM HOLDINGS, INC. are temporarily restrained and enjoined from communicating with any individuals who plaintiff SEAN KOH introduced to defendant BONWOONG (BRIAN) KOO since they began working together in 2020 and from conducting any business operations, and is further ORDERED that a copy of this Order, together with the papers upon which it is granted, be personally served upon all Parties or their attorneys, by way of the following confirmed email addresses of defendant BONWOONG (BRIAN) KOO: brian@maumcapital.com, brian@formation8.com, and brian@formationgroup.com, given his uncertain current whereabouts and his failure to have any counsel engage Plaintiffs' counsel prior to this action, on or before _____, 2022 by _____ and that such service be deemed good and sufficient.

    Dated: New York, New York
            August \_\_\_, 2022

                                                _____
                                                United States District Judge