# EXHIBIT 1

 Gmail                                                                                          **Sean Koh <skoh@koherentinc.com>**

## Maum President Terms

**Brian Koo** <Brian@formation8.com>                                                      Fri, May 15, 2020 at 10:29 AM
To: Sean Koh <skoh@koherentinc.com>

Confirmed

**From:** Sean Koh <skoh@koherentinc.com>
**Sent:** Friday, May 15, 2020 6:07 AM
**To:** Brian Koo <brian@formationgroup.com>; Brian Koo <Brian@formation8.com>
**Subject:** Maum President Terms

Confirming the following terms and conditions are now transferred to Maum Capital the rebranded version of Formation mentioned below. Please confirm.

On Tue, May 5, 2020 at 6:00 PM Sean Koh <skoh@koherentinc.com> wrote:
> Initially, we have agreed on the folllowing:
>
> - Formation Title: Founding Partner, President
>
> - Covering any related expenses
>
> - $250,000 annual salary with 3 months deferred and paid in a lump sum 3 months from now and additional cash compensation to scale with growth of AUM
>
> - 10% of carry on all deals
>
> - 2% of Maum Holdings
>
> - No other person other than Koo family members will have a larger cash and/or stock compensation than myself in either Formation and/or Maum.
>
> Please confirm. Also, as Formation itself grows in a Blackstone level firm, what will be the equity situation like in Formation itself?