**EXHIBIT 4**



## Ivyfon Agenda

Register

AGENDA - Monday June 29th
Venue:
* ZOOM
12:00 - 12:10 p.m. , Initial Greetings
12:10 - 1 p.m. , Opportunities in the CLO market
Oliver Wriedt, CEO - DFG Investment Advisers
1:10 - 1:40 p.m. , Economic Outlook 2020
Allen Sukholitsky, CFA - Founder & CEO - Xallarap Advisory
1:40 - 2:00 p.m., Dry Powder for Lower Middle Market Private Equity Opportunities
Jeff Meshel, Founder / Managing Partners - Candor Capital Partners
2:00 - 2:20, Opportunities in South Korea
Sean Koh, Koherent (KO Family Office)
Brian Koo, LG Family Office
2:20 - 2:40, How Commercial Landlords Can Resolve Rent Disputes with Commercial Tenants During COVID-19 Without Going to Court
Jeff Lerman, Lerman Law Group / Lerman Family Office
Date: Monday June 29th, 2020
Time: 12:00 PM to 2:00 PM

Register

Read more

**OLIVER WRIEDT**
*Chief Executive Officer*
DFG Investment Advisers
…
Read More

**Allen Sukholitsky, CFA**
*Founder, Chief Macro Strategist*
Xallarap
… Read More

**SEAN KOH**
*Chairman*
Koherent
…
… Read More

**BRIAN KOO**
*Founder and General Partner*
Formation8
… Read More

Your Full Name
Your Email
Your Number
Enter Your FeedBack

Submit











1999-2020 Copyright Broad and Wall Advisors