**<u>EXHIBIT 6</u>**



THE LAW OFFICES OF
PAUL S. HABERMAN LLC

Paul S. Haberman^                                                    ^Admitted in NY, NJ, CT.
Principal/Owner


                                                                    January 25, 2022

# <u>FOR SETTLEMENT PURPOSES ONLY</u>


<u>VIA EMAIL: brian@maumcapital.com/brian@formation8.com</u>
Mr. Bonwoong (Brian) Koo
Maum Capital Group, Inc.
322 University Avenue
Palo Alto, California 94301


                            Re: <u>Sean Koh</u>

Dear Mr. Koo:

        I am counsel to Sean Koh. Pursuant to N.J.R.E. 408, the contents of this letter cannot be used to prove or disprove the liability, or lack thereof, of any party to the above-referenced matter.

        In May 2020, you engaged Mr. Koh to be a Founding Partner/President/ Chief Executive Officer in Maum Holdings/ Maum Capital Group, Inc. ("Maum"). As compensation for Mr. Koh's engagement, you agreed to provide him, <u>inter</u> <u>alia</u>, an annual salary of Two Hundred and Fifty Thousand Dollars ($250,000.00) per year, Ten Percent (10%) of carry on all deals, and a Two Percent (2%) equity interest in Maum. The contours of his financial package were confirmed in written correspondence between the two of you.

        In his role as Chief Executive Officer, Mr. Koh utilized his extensive network of contacts, as well as a lot of his time between May 2020 and the present, securing business opportunities for Maum, taking meetings on behalf of your company, and making appearances for the benefit of Maum. The fruits of his efforts include:

- Setting up Maum Entertainment to bring Korean film, music, and other entertainment services and products to the United States, including the film "Parasite" and the music of Blackpink;

**19 Engle Street, Tenafly, New Jersey 07670 (For All Mail)**
**Wall Street Plaza, 88 Pine Street, 22nd Floor, New York, New York 10005**
**(201) 564-0590: Phone**
**(201) 767-2087: Facsimile**
**psh@paulhabermanlaw.com: Email**

- Helping Maum in the globalizing of Korean beauty products, including K Beauty;

- Assisting with the set-up of Shop Maum;

- Assisting in setting up the private label, e-commerce, and healthcare branches of Maum; and

- Providing material support to the setting up of Maum Capital and its proprietary network.

Moreover, in at least one interview on social media, Mr. Koh was expressly held out by you as Maum's Chief Executive Officer and Co-Founder.  Nonetheless, as of the date of this letter, and despite repeated oral and written representations made by you to Mr. Koh, you have yet to provide him any compensation for his work with Maum.

Based on the foregoing, please consider this letter a formal demand for Two Hundred and Fifty Thousand Dollars ($250,000.00 U.S.) on behalf of Mr. Koh.  In the event that are arrangements are not made with my office for the provision of $250,000.00 to Mr. Koh within two (2) weeks of the date of this letter, I have been authorized to pursue all available remedies in law and equity.  In making this demand, I should note that it is well documented both that Mr. Koh went out of his way to perform services for Maum and that you have repeatedly acknowledged as much in writing and in various media.  He should accordingly be made whole for his services at this time, as promised.

Thank you in advance for your attention to this letter.  Please do not hesitate to contact, or have your attorney contact, the undersigned with any questions, concerns, or arrangements for payment.

Very Truly Yours,

/s/

Paul S. Haberman

Cc:      **VIA EMAIL**

Mr. Sean Koh