UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEAN KOH and KOHERENT, INC.,

                      Plaintiffs,                    22-CV-6639 (JMF)

        -v-                                      ORDER

BONWOONG (BRIAN) KOO, Individually and as an
Officer of MAUM HOLDINGS, INC., MAUM
CAPITAL GROUP, INC., MAUM HOLDINGS, INC.,
and MAUM CAPITAL GROUP, INC.,

                      Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 7, 2022, Plaintiffs moved, by Proposed Order to Show Cause, for a temporary restraining order. The parties shall appear for teleconference with the Court on **August 16, 2022**, at **3:30 p.m.** to address the motion and discuss next steps. Counsel should confer in advance of the conference and be prepared to discuss at the conference (1) the request for temporary injunctive relief; (2) a briefing schedule on the request for preliminary injunctive relief; (3) whether and when a preliminary injunction hearing should be held; (4) whether discovery is necessary for any such hearing; (5) whether trial on the merits should be consolidated with any hearing pursuant to Rule 65 of the Federal Rules of Civil Procedure; and (6) whether the Court can do anything to facilitate a settlement, either of the case generally or of the request for preliminary relief.

       **To access the conference, counsel should call 888-363-4749 and use access code 5421540#.** Members of the press and public may call the same number, but will not be permitted

to speak during the conference.  The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.  Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate.

    Plaintiffs shall serve this Order together with the proposed Order to Show Cause and supporting papers on Defendants by email to brian@maumcapital.com, brian@formation8.com, and brian@formationgroup.com, no later than **August 9, 2022**, and shall file proof of such service by **August 10, 2022**.  (To be clear: Email service is authorized only for this Order, the proposed Order to Show Cause, and the supporting papers; Plaintiffs are required to serve the summons and Complaint on Defendants in accordance with Rule 4 or to seek appropriate relief.)  Defendants shall file a letter brief, not to exceed five pages, responding to the requested relief no later than **August 15, 2022**.

    SO ORDERED.

Dated: August 8, 2022  
       New York, New York

                                        JESSE M. FURMAN  
                                      United States District Judge