# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEAN KOH and KOHERENT, INC.**<br><br>                **Plaintiffs,**<br><br>                v.<br><br>**BONWOONG (BRIAN) KOO,** Individually and as an Officer of **MAUM HOLDINGS, INC.** and **MAUM CAPITAL GROUP, INC., MAUM HOLDINGS, INC.** and **MAUM CAPITAL GROUP, INC.**<br><br>                **Defendants.** | No. 1:22-cv-06639-JMF<br><br>**NOTICE OF APPEARANCE OF BRIAN DANITZ FOR DEFENDANTS BONWOONG (BRIAN) KOO, MAUM HOLDINGS, INC., AND MAUM CAPITAL GROUP, INC.** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Brian Danitz of the law firm Cotchett, Pitre & McCarthy, LLP hereby appears as counsel of record in this action for Defendants Bonwoong (Brian) Koo, Maum Holdings, Inc., and Maum Capital Group, Inc. Mr. Danitz is admitted to practice in New York and before this Court. His contact information is as follows:

>Brian Danitz
>Cotchett, Pitre & McCarthy, LLP
>840 Malcom Road, Suite 200
>Burlingame, CA 94010
>Tel: (650) 697-6000
>Fax: (650) 697-0577
>Email: bdanitz@cpmlegal.com

Dated: August 16, 2022

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Brian Danitz*

BRIAN DANITZ (#5790217)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
*bdanitz@cpmlegal.com*

JEFFREY G. MUDD (#5600549)
2716 Ocean Park Blvd.
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111
*jmudd@cpmlegal.com*

*Counsel for Defendants Bonwoong (Brian) Koo, Maum Holdings, Inc., and Maum Capital Group, Inc.*