UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SEAN KOH and KOHERENT, INC.,                                      :
                                                                  :
                        Plaintiffs,                               :
                                                                  :       22-CV-6639 (JMF)
        -v-                                                       :
                                                                  :       ORDER
                                                                  :
BONWOONG (BRIAN) KOO, et al.,                                     :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

   As stated during the teleconference held earlier today:

   - Plaintiffs are directed to file any Amended Complaint within **two weeks**.

   - Defendants are directed to respond within **three weeks** of Plaintiffs' filing or, if Plaintiffs do not file an Amended Complaint, of the deadline to file one.

   - The parties are directed to submit a joint letter **two weeks** after Defendants' response addressing the need for discovery, if any.

   - If Plaintiffs do not seek discovery, Plaintiffs' deadline for opposing any motions to dismiss will be **four weeks** after the motions are filed.

   - Defendants' reply, if any, will be due **two weeks** later.

   SO ORDERED.

Dated: November 22, 2022                   _____
       New York, New York                          JESSE M. FURMAN
                                                 United States District Judge