LAW OFFICES
**COTCHETT, PITRE & McCARTHY, LLP**
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577
cpmlegal.com

LOS ANGELES
SEATTLE
NEW YORK

December 27, 2022

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. Plaintiffs shall file any opposition by letter-brief not to exceed three pages within three business days. The Clerk of Court is directed to terminate ECF No. 32. SO ORDERED.
>
> /s/ Jesse M. Furman
> December 29, 2022

Re:   ***Motion to Seal Portions of Declaration of Rae Young (Lae) Jang***
      **Koh v. Koo, Case No. 1:22-cv-06639**.

Dear Judge Furman:

Defendants submit this motion to seal portions of the Declaration of Rae Young (Lae) Jang in support of Defendants Maum Holdings, Inc. and Maum Capital Group Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, including exhibit 6.

Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. v. Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Here, filing the Jang Declaration in redacted form is necessary to prevent the dissemination of confidential business information including commercial information about third parties and corporate financial information that is non-public and which, if disseminated, would put the referenced companies at a competitive disadvantage. *See, e.g., Ghouneim v. 352-354 H.D.F.C.*, 2019 WL 1523326, at *5 (S.D.N.Y. 2019) (sealing ECF submissions "to protect sensitive personal and financial information"). Accordingly, Defendants request that the Court seal the requested portions of the Declaration of Rae Young (Lae) Jang in support of Defendants Maum Holdings, Inc. and Maum Capital Group Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, including exhibit 6.

Respectfully submitted,

*/s/ Brian Danitz*
BRIAN DANITZ

Encl.
cc:  All counsel of record