UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEAN KOH and KOHERENT, INC.,

                Plaintiffs,

        -v-

BONWOONG (BRIAN) KOO, et al.,

                Defendants.
------------------------------------------------------------------X

22-CV-6639 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       On January 17, 2023, Plaintiffs filed a Second Amended Complaint. *See* ECF No. 51. In doing so, however, they failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiffs shall file a redline no later than **January 23, 2023.**

       SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge