UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SEAN KOH, et al.,                                                       :
:
                Plaintiffs,    :    22-CV-6639 (JMF)
:
     -v-                                                                :    ORDER
:
BONWOONG (BRIAN) KOO, et al.,                                           :
:
                Defendants.    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motions to dismiss and motion to take judicial notice, *see* Docket Nos. 57, 59, and 64, Defendants' earlier motions to dismiss and motion to take judicial notice, filed at Docket Nos. 33, 37, and 39, are hereby DENIED as moot. Plaintiffs' opposition to the new motions is due by **February 28, 2023**. Defendants' replies, if any, are due by **March 14, 2023**.

       The Clerk of Court is directed to terminate Docket Nos. 33, 37, and 39.

       SO ORDERED.

Dated: February 8, 2023
       New York, New York
                                                JESSE M. FURMAN
                                       United States District Judge