UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SEAN KOH, et al.,                                                 :
                                                                  :
                            Plaintiffs,                           :    22-CV-6639 (JMF)
                                                                  :
            -v-                                                   :    ORDER
                                                                  :
BONWOONG (BRIAN) KOO, et al.,                                     :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 28, 2023, Plaintiffs filed a cross-motion to transfer, ECF No. 73, supported by two pages of its memorandum of law, ECF No. 70, at 25-27. Defendants shall address Plaintiffs' cross-motion in the Maum Entity Defendants' reply memorandum in support of their motion to dismiss, due **March 14, 2023**. Defendants are granted two additional pages for their memorandum. To the extent Plaintiffs think it necessary to respond to Defendants' opposition to the cross-motion to transfer, they make seek leave to file a sur-reply.

SO ORDERED.

Dated: March 1, 2023
       New York, New York                        _____
                                                      JESSE M. FURMAN
                                                      United States District Judge