UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
SEAN KOH et al.,                                                     :
                                                                     :
                              Plaintiffs,                            :
                                                                     :                 22-CV-6639 (JMF)
              -v-                                                    :
                                                                     :                     ORDER
BONWOONG (BRIAN) KOO et al.,                                         :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record during the teleconference held earlier today:

- Plaintiffs' claim for Breach of Contract: Non-Disclosure Agreement (Claim 5) and Defendant's counterclaims are hereby DISMISSED as withdrawn.  Accordingly, the only claims remaining are Plaintiffs' claims for Unjust Enrichment (Claim 2) and Promissory Estoppel (Claim 7);

- All discovery is now complete;

- The deadline for the parties to file a proposed Joint Pretrial Order and related materials, in accordance with the Court's Individual Rules and Practices, is hereby extended to **May 23, 2024**;

- If either party decides to move for summary judgment, the parties shall confer and submit a joint letter with a proposed briefing schedule no later than **April 30, 2024**. (In the event both sides plan to move, the schedule should provide for four briefs, with the opposition/cross-motion and opposition/reply both filed in consolidated form.)  If no letter is filed by that date, the parties will be deemed to have forfeited their rights to move for summary judgment;

- The parties shall contact Judge Cave's chambers **no later than March 26, 2024** to schedule a settlement conference.

        SO ORDERED.

Dated:  March 21, 2024                          _____
        New York, New York                           JESSE M. FURMAN
                                                     United States District Judge